DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRY CUSICK,**
Appellant,

v.

**SEACOAST NATIONAL BANK** and
**RENEE CAREY,**
Appellees.

No. 4D22-1782

[April 6, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth A. Metzger, Judge; L.T. Case No. 21000076CPAXMX.

Jason M. Wandner of Jason M. Wandner, P.A., Miami, for appellant.

Owen Schultz and Kenneth A. Norman of McCarthy, Summers, Wood, Norman, Melby & Schultz, P.A., Stuart, for appellee Seacoast National Bank.

Scott Konopka and Donna L. Eng of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., Stuart, for appellee Renee Carey.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***